THEODORE McKANE, Appellant, *v.* MICHAEL J. DADY et al., Respondents, Impleaded with Others.

*McKane* v. *Dady*, 128 App. Div. 190, affirmed.
(Submitted February 22, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 26, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action on contract.

*Jesse Fuller, Jr.,* and *Frederick W. Sparks* for appellant.

*Jerry A. Wernberg* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.

---

HENRY M. EARLE, Appellant, *v.* WHITE KNOB COPPER COMPANY, LIMITED, et al., Respondents, Impleaded with Another.

*Earle* v. *White Knob Copper Co.,* 132 App. Div. 929, affirmed.
(Argued February 22, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover from the directors of an insolvent corporation the face value of certain of its debenture bonds.

*Paris S. Russell* and *John Ingle, Jr.,* for appellant.

*Charles Howland Russell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J. Absent: HAIGHT, J.